1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  BRYAN HABIBI,                                    CASE NO. 11-cv-00823-SKO PC

10                          Plaintiff,              ORDER DISMISSING ACTION, WITH
                                                    PREJUDICE, FOR FAILURE TO STATE
11        v.                                        A CLAIM UPON WHICH RELIEF MAY
                                                    BE GRANTED UNDER SECTION 1983
12  V. JOSEPH, et al.,
                                                    (Docs. 1 and 6)
13                          Defendants.
                                                    ORDER THAT DISMISSAL IS SUBJECT
14                                                  TO 28 U.S.C. § 1915(G)
                                                /
15

16        Plaintiff Bryan Habibi, a state prisoner proceeding pro se and in forma pauperis, filed this

17  civil rights action pursuant to 42 U.S.C. § 1983 on May 20, 2011.  On March 29, 2012, the Court

18  dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended

19  complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  To date, Plaintiff has not

20  complied with or otherwise responded to the Court's order.[1]  As a result, there is no pleading on file

21  which sets forth any claims upon which relief may be granted.

22        Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

23  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

24  ///

25  ///

26

27

28        [1] On April 10, 2012, the United States Postal Service returned the order as undeliverable.  A notation on the
envelope indicates that Plaintiff has been discharged on parole.  However, Plaintiff has not notified the Court of any
change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).

1

1    may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set

2    forth  in 28 U.S.C. § 1915(g).  Silva v. Vittorio, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

3

4

5

6    IT IS SO ORDERED.

7    **Dated:    May 25, 2012**                                    **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28